# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HYDRONICS, INC., and HYDRONICS, LTD., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 8:08CV534 |
| PFIZER, INC., | ) ) | ORDER |
| Defendant. | ) ) ) | |

The court has reviewed the parties' joint motion (Doc. 7) to stay this case pending completion of their arbitration proceeding filed June 2, 2008 and now pending before the American Arbitration Association ("AAA"), e.g., *Hydronics, Inc. & Hydronics, Ltd. v. Pfizer, Inc.*, AAA Case No. 54-193-Y-00936-08. For good cause shown,

**IT IS ORDERED** that the motion (Doc. 7) is granted, as follows:

1. This action shall be stayed pursuant to 9 U.S.C. § 3 pending the completion of the Arbitration.

2. If the Court determines that there are issues to litigate in this Court after completion of the Arbitration, any discovery obtained in the Arbitration may be used as if obtained in this action.

3. The parties shall electronically file written status reports concerning the progress of the arbitration proceedings. The first status report shall be filed by **March 31, 2009.** Subsequent status reports are due quarterly thereafter until all arbitration proceedings are completed.

**DATED December 31, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**