IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HYDRONICS, INC. and HYDRONICS LTD.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 08CV534 |
| v. | ) | |
| | ) | ORDER |
| **PFIZER, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon notice of settlement given to the magistrate judge on March 31, 2010, by Victoria Buter, counsel for defendant, in the parties' Fifth Status Report (Filing No. 17),

**IT IS ORDERED:**

1. **On or before May 3, 2010**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this April 1, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge